LODGED
CLERK, U.S. DISTRICT COURT

OCT 1 8 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only___

FILED
CLERK, U.S. DISTRICT COURT

NOV 1 0 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AUDREY S. PENWELL,

    Plaintiff,

    v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant.

Case No. CV 04-4764-GHK (JTL)

ORDER ADOPTING FINDINGS,
CONCLUSIONS AND RECOMMENDATIONS
OF UNITED STATES MAGISTRATE JUDGE

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

  IT IS ORDERED that this matter be remanded for further administrative action consistent with the Report and Recommendation.

DATED:   11/7/05

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

DOCKETED ON CM

NOV 1 4 2005

BY _____ 026